THE STATE OF OHIO, APPELLEE, *v*. BANKHEAD, APPELLANT.

[Cite as *State v. Bankhead,* 123 Ohio St.3d 143, 2009-Ohio-4303.]

*Court of appeals' judgment reversed on the authority of State v. Bloomer, and appellant discharged from postrelease control.*

(No. 2007-0818 — Submitted July 14, 2009 — Decided September 1, 2009.)

APPEAL from the Court of Appeals for Hamilton County, No. C-060480, 2007-Ohio-1314.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Bloomer*, 122 Ohio St.3d 200, 2009-Ohio-2462, 909 N.E.2d 1254. Appellant is discharged from postrelease control because he has completed serving his prison sentence and, pursuant to *State v. Bezak*, 114 Ohio St.3d 94, 2007-Ohio-3250, 868 N.E.2d 961, is no longer subject to resentencing.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellee.

Michaela M. Stagnaro, for appellant.

_____